UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSE RICARDO RUIZ,                                                          JUDGMENT

                                    Petitioner,

        -against-                                                           09-CV- 1981 (JG)


IMMIGRATION DEPEARTMENT,
I.C.E. ENFORCEMENT, and
SUPREME COURT OF QUEENS, N.Y.,


                                    Respondents.
-------------------------------------------------------------------X
JOSE RICARDO RUIZ,

                                    Petitioner,


        -against-                                                           07-CV- 5173 (JG)


QUEENS SUPREME COURT,


                                    Respondent.
-------------------------------------------------------------------X
RICARDO JOSE RUIZ,
a/k/a JOSE RICARDO RUIZ,

                                    Petitioner,


        -against-                                                           07-CV- 2615 (JG)


U.S. DEPARTMENT OF HOMELAND
SECURITY and U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,


                                    Respondents.
-------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 2 7 2009 ★
BROOKLYN OFFICE

        An Order of Honorable John Gleeson, United States District Judge, having been

filed on May 21, 2009, lifting the stay of removal issued by the Court on October 10, 2007

JUDGMENT
09-CV- 1981 (JG)
07-CV- 5173 (JG)
07-CV- 2615 (JG)

in Docket Number 07-CV- 2615; ordering that this case and Docket Number 07-CV- 5173

remain closed; dismissing the motions filed in Docket Number 09-CV- 1981; certifying

pursuant to 28 U.S.C. § 915(a)(3) that any appeal from the Court's Order would not be taken

in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

ORDERED and ADJUDGED that the stay of removal issued by the Court on

October 10, 2007 in Docket Number 07-CV- 2615 is lifted; that this case and Docket Number

07-CV- 5173 remain closed; that the motions filed in Docket Number 09-CV- 1981 are

dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Order would

not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any

appeal.


Dated:  Brooklyn, New York
       May 26, 2009

                                     s/Robert C. Heinemann

                                     ROBERT C. HEINEMANN
                                     Clerk of Court